McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. F. 06-0392 AWI |
| ) | |
| Plaintiff, ) | ORDER REGARDING PARTIES' |
| ) | STIPULATION AND REQUEST |
| ) | FOR CONTINUANCE OF STATUS |
| v. ) | CONFERENCE |
| ) | |
| JEFFERSON CASTILLO FAULVE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    On January 24, 2007, the parties lodged a stipulation to continue the status conference currently scheduled for January 29, 2007 at 9:00 a.m. to March 12, 2007, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

    The parties' stipulation and request to continue the status conference until March 12, 2007 at 9:00 a.m. is granted. Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation, plea negotiations, and

///

1 | the filing of motions, pursuant to 18 U.S.C. §§3161(h)(8)(A) and
2 | 3161(h)(8)((B)(iv).

5 | IT IS SO ORDERED.

6 | **Dated:   January 25, 2007**             **/s/ Anthony W. Ishii**
  | 0m8i78                                   UNITED STATES DISTRICT JUDGE